UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:23-cr-00140-LEW |
| | ) | |
| KEVIN PATRICK BOODY, | ) | |
| | ) | |
| Defendant/Petitioner | ) | |

## **ORDER AFFIRMING RECOMMENDED DECISION**

Petitioner, Kevin Patrick Boody, was sentenced on September 17, 2024, to 9 months imprisonment on a Probation Violation.  His ordered Supervised Release is for a term of life (ECF No. 18).  On March 21, 2025, Petitioner filed his pro se Motion to Vacate, Set Aside or Correct Sentence (ECF No. 22).  On June 27, 2025, a petition for warrant or summons was issued for Petitioner's arrest for again violating his terms of supervised release (ECF No. 33) and Petitioner was sentenced to 9 months imprisonment (ECF No. 71).  On January 16, 2026, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 73) on Petitioner's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 22).

The time within which to file objections expired on February 6, 2026, and no objection has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the

Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED (ECF No. 73).

The motion for habeas relief under 28 U.S.C. § 2255 is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

SO ORDERED.

Dated this 10th day of April, 2026.

/s/ **Lance E. Walker**
CHIEF U.S. DISTRICT JUDGE

2